# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| THALISIA NECHILLE SCOTT, ) | Case No. 25-10829-SDB |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| IN RE: Vanderbilt Mortgage and Finance, ) | |
| Inc., ) | |
| ) | |
| **MOVANT,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **Thalisia Nechille Scott, DEBTOR, Juriesha** ) | |
| **Ja Quan Johnson, Co-DEBTOR,** ) | |
| **HUON LE, CHAPTER 13 TRUSTEE,** ) | |
| ) | |
| **RESPONDENTS.** ) | |
| _____ ) | |

## NOTICE OF MOTION FOR RELIEF
## FROM CO-DEBTOR STAY TO JURIESHA JA QUAN JOHNSON

Movant has filed a Motion with the Court seeking permission to proceed against the above-listed Co-Debtor to collect the debt owed Movant.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the Motion, or if you wish the Court to consider your views on the motion, you must file a written request for a hearing with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the filing of the Motion.

If you mail your request for hearing to the Court, you must mail it early enough so that it will be received before the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the Certificate of Service attached to these pleadings.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the relief sought in the Motion and will enter an Order granting it.

       Respectfully submitted this 4th day of November, 2025.

/s/ Jason B. Godwin
JASON B. GODWIN Attorney for Movant
State Bar No. 142226

3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
(460) 427-2683
jgodwin@godwinlawgroup.com

*The signature represented by "/s/" on this document conforms to original signature on the paper version of this document maintained by the filing user*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| THALISIA NECHILLE SCOTT, ) | Case No. 25-10829-SDB |
| ) | |
| Debtor. ) | |
| ) | |
| IN RE: Vanderbilt Mortgage and Finance, ) | |
| Inc., ) | |
| ) | |
| MOVANT, ) | |
| ) | |
| vs. ) | |
| ) | |
| Thalisia Nechille Scott, DEBTOR, Juriesha ) | |
| Ja Quan Johnson, Co-DEBTOR, ) | |
| HUON LE, CHAPTER 13 TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND
### WAIVER OF FED. R. BANK. P. 4001(a)(4) and 11 U.S.C. 1301 AS TO CO-DEBTOR
### Juriesha Ja Quan Johnson

**COMES NOW** Vanderbilt Mortgage and Finance, Inc. (hereafter referred to as "Movant"), and moves the Court for entry of an Order modifying the Automatic Stay Against Lien Enforcement pursuant to 11 U.S.C. 1301 to permit Movant to enforce its security interest in collateral or, in the alternative, for adequate protection and says:

1.

Debtor filed a Petition under Chapter 13 of the Bankruptcy Code on July 9, 2024. Debtor has an interest in that certain Manufactured Home:

**2024 CMH Manufactured Home with Vehicle Identification Numbers of CWP057825TNAAC and 4895E Georgia Highway 88, Wrens, Georgia 30833.**

2

Debtor and Co-Debtor indebted to Movant on a Promissory Note and Security Deed, in the original principal sum of $137,183.19, said Note being secured by the real property and Manufactured Home listed in paragraph 1 above.

3

The Debtor has defaulted on his obligation to Movant by failing to maintain timely payments as called for under the Note. At the time of this filing Debtor is past due on his obligations under the Note in the total arrearage amount of $27,421.34

5

The Debtor continues to use or have use of said property which is resulting in the depreciation of it. As a result of said depreciation and the default, Movant's interest in said property is not adequately protected.

6

Because the contract between the parties provides that Debtor is responsible for Movant's attorney's fee in pursuing legal actions such as this, Movant is entitled to recover reasonable attorney's fees under 11 U.S.C. §506(b). Alternatively, Movant is entitled to recover attorney's fees and costs as a form of adequate protection.

**WHEREFORE,** Movant requests the Automatic Stay as found in 11 USC 1301 of the Bankruptcy Code be modified and that the stay provision of B.R. 4001(a)(4) be waived; and that Movant be awarded such other and further relief as this Court deems just and proper.

Respectfully submitted this 4th day of November, 2025.

**GODWIN LAW GROUP**

s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No.: 142226
Attorney for 21st Mortgage Corporation
3985 Steve Reynolds Boulevard, Building D
Norcross, Georgia 30093
Phone:470-427-2683
jgodwin@godwinlawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| THALISIA NECHILLE SCOTT, ) | Case No. 25-10829-SDB |
| ) | |
| Debtor. ) | |
| ) | |
| IN RE: Vanderbilt Mortgage and Finance, ) | |
| Inc., ) | |
| ) | |
| MOVANT, ) | |
| ) | |
| vs. ) | |
| ) | |
| Thalisia Nechille Scott, DEBTOR, Juriesha ) | |
| Ja Quan Johnson, Co-DEBTOR, ) | |
| HUON LE, CHAPTER 13 TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## CERTIFICATE OF SERVICE

     I certify that the foregoing Notice for Opportunity of Hearing and Motion for Relief from Co-Debtor Stay as to Juriesha Ja Quan Johnson was served upon the following listed parties and/or counsel by either electronic transmission, first-class United States mail, postage pre-paid or by hand delivery on November 4, 2025:

Thalisia Nechille Scott
4859 GA Highway 88
Wrens, Georgia 30833-4421

Juriesha Ja Quan Johnson
4859 GA Highway 88
Wrens, Georgia 30833-4421

Lee Ringer
1450 Greene Street
Suite 222
Augusta, Georgia 30901

**Huon Le**
**Office of the Chapter 13 Trustee**
Post Office Box 2127
Augusta, Georgia 30903

Office of US Trustee
Chapter 13
U.S. Trustee- SAV
33 Bull Street
Suite 400
Savannah, Georgia 31401

                                            **GODWIN LAW GROUP**

                                            s/ Jason B. Godwin
                                            Jason B. Godwin
                                            Georgia Bar No.: 142226
                                            Attorney for Movant
                                            3985 Steve Reynolds Boulevard, Building D
                                            Norcross, Georgia 30093