IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Thalisia N Scott | ) | |
| 4859 GA Hwy 88 | ) | Case No: 25-10829-SDB |
| Wrens, GA 30833-4421 | ) | |

Debtor

## NOTICE OF INELIGIBILITY FOR DISCHARGE

The Debtor, Thalisia N Scott received a discharge under Chapter 7 in Case no. 24-10491 which was filed within the four (4) year period preceding the date of the order for relief in the captioned case.

NOTICE IS HEREBY GIVEN pursuant to 11 U.S.C. § 1328(f)(1), the Debtor is ineligible for a discharge. After full administration of the case, the Clerk will close the case without a discharge. The Debtor may request a hearing on this matter at any time prior to the closing of the case.

This 18th day of November 2025.

/s/ Huon Le
_____
Huon Le
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Notice of Ineligibility for Discharge have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 18th day of November 2025.

| | |
|---|---|
| Lee Ringler | Matthew E. Mills, Esq. |
| Attorney At Law | Assistant United States Trustee |
| 1450 Greene St Ste 222 | 33 Bull St., Suite 400 |
| Augusta, GA 30901 | Savannah, GA 31401 |

/s/ Yvonne Ogbuefi
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127